**Order entered August 9, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01708-CV

### HAL RACHAL, JR., Appellant

### V.

### LETKIEWICZ & FOSTER, Appellee

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-2413-2**

## ORDER

We **GRANT** appellant's August 7, 2013 motion for an extension of time to file a reply brief.  Appellant shall file his reply brief on or before September 5, 2013.

/s/     ELIZABETH LANG-MIERS
JUSTICE